**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| COMMONWEALTH OF PA-<br>DEPARTMENT OF ENVIRONMENTAL<br>RESOURCES, | : No. 324 WAL 2018<br>:<br>:<br>: Petition for Allowance of Appeal from<br>: the Order of the Commonwealth Court<br>: |
| v. | :<br>:<br>: |
| WORKERS' COMPENSATION APPEAL<br>BOARD (VICINELLY) | :<br>:<br>:<br>: |
| PETITION OF: RAOUL A. VICINELLY | : |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 29th day of May, 2019, the Petition for Allowance of Appeal is **DENIED**.

     Justice Wecht did not participate in the consideration or decision of this matter.